IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

ARTURO PINTO,                          )
                                       )
          Plaintiff,                   )
                                       )
     v.                                )     CASE NO. 3:17-cv-867-SMD
                                       )
THE RESERVE AT OPELIKA, *et al.*,      )
                                       )
          Defendants.                  )

## **ORDER**

Upon consideration of the parties' Stipulations of Dismissal (Docs. 73, 79), it is

ORDERED that the Motion to Dismiss for Failure to State a Claim (Doc. 66) and

the Motion to Dismiss Plaintiff's Second Amended and Restated Complaint (Doc. 68) are

DENIED as MOOT.

DONE this 1st day of May, 2019.


 /s/ Stephen M. Doyle
UNITED STATES MAGISTRATE JUDGE